Rev. 7/06
CO Hab Corp
AO 241 amd.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DENARD DARNELL NEAL
_____
NAME (Under which you were convicted)

23843-008
_____
PRISON NUMBER

U.S.P. Coleman-1; BUREAU OF PRISONS
_____
PLACE OF CONFINEMENT/ADDRESS
P.O. BOX 1033
_____
Federal Correctional Complex
_____
Coleman, Florida. 33521-1033
_____


Denard-Darnell: Neal                      )
_____
(Full Name)              Petitioner

                                          Case: 1:07-cv-00610
                                          Assigned To : Bates, John D.
        v.                                Assign. Date : 3/30/2007
                                          Description: NEAL v. GONZALES


ALBERTO FONZALES, ATTORNEY GENERAL )
_____
(Name of Warden, Superintendent, Jailor, or       )
authorized person having custody of petitioner)   )
                        Respondent        )


## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a)  Name and location of court which imposed the sentence (or detention) of conviction you are challenging:
    UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA
    SANDRA DAY O'CONNOR U.S. COURTHOUSE, 401 W. Washington
    Street, PHOENIX, ARIZONA.85003-2118

2.  (a)  Date of the sentence (or detention): January 18, 1991

3.  Length of sentence:  55 years

4.  Nature of offense involved (all counts):  Bank Robbery, Use of firearm in Commission of a crime.

5.  (a)  What was your plea? (Check one):
    ☒  Not guilty
    ☐  Guilty
    ☐  Nolo Contendere (no contest)
    ☐  Insanity

Page 3

(b)    If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: Not Guilty to all counts, proceeded to trial on all counts.

6.    Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☒    Yes
☐    No

7.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1)    Name of Court: UNITED STATES DISTRICT COURT, PHOENIX ARIZONA
(2)    Nature of the proceedings: 2255 Motion, denied by District Court, Appeal to Ninth Circuit Court of Appeals and was also denied by Ninth Circuit Court of Appeals.

(3)    Grounds raised: Ineffective Assistant of Counsel, Running Consecutive Sentences on the firearm counts, and the government did not established jurisdiction with FDIC.

(4)    Did you receive an evidentiary hearing on your petition, application or motion?
☐    Yes
☒    No
(5)    Result: N/A
(6)    Date of result: N/A

(b)    As to any second petition, application, or motion, give the same information:
(1)    Name of Court: NINTH CIRCUIT COURT OF APPEALS
(2)    Nature of the proceedings: Rule 60 (b); Remanded back to the District Court of Arizona, District Court refuse to act on Rule 60 (b) citing lack of jurisdiction because the Rule 60 (b) was original filed with Circuit Court.
(3)    Grounds raised: Lack of subject matter Jurisdiction for failure to establish FDIC grants jurisdiction to Court of government.

(4)    Did you receive an evidentiary hearing on your petition, application or motion?
☐    Yes
☒    No
(5)    Result: N/A

(6)    Date of result:  N/A _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: District Court, Phoenix Arizona _____
    (2)    Nature of the proceedings: Rule 60 (b) (4) (5), District ___
           Court has refuse to adjudicate the case, case is ____
           pending outcome of Writ of Mandamus to the Supreme __
           Court of UNITED STATES. _____
    (3)    Grounds raised: Fraud, Lack of subject matter Jurisdiction
           Lack of Personal Jurisdiction over Petitioner, failure
           to provided full disclosure to cause and nature of
           charges, District Court lack adjudicate jurisdiction
           to impose or adjudicate case. _____
    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
               ☐    Yes
               ☒    No
    (5)    Result:  N/A _____
    (6)    Date of result:  N/A _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any
       petition, application or motion?
    (1)    First petition, etc."
               ☒    Yes
               ☐    No
    (2)    Second petition, etc.:
               ☒    Yes
               ☐    No

    (3)    Third petition, etc.:
               ☐    Yes
               ☐    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion,
       explain briefly why you did not:  N/A _____
       _____
       _____
       _____
       _____
       _____

8.    State concisely every ground on which you claim that you are being held unlawfully. Summarize
      briefly the facts supporting each ground. If necessary, you may attach pages stating additional
      grounds and facts supporting same.

A.    GROUND ONE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:   Respondent has fail to fully disclose the nature and cause of the Respondent Action against Petitioner, without disclosure as the the nature and cause of Respondent action, meaning disclosure of the parties in interest, the venue of the court, the jurisdiction of the court and controversy, the Respondent's right of action, the Respondent cause of action meaning injured party. The Respondent stands in violation of the Petitioner right to full disclosure of the nature and cause of The Respondent's Action, protected by Amendment 6 to the Constitution, and F.R.C.P. 12 (b)(6) failure to state a claim upon which relief can be granted; SEE ATTACH BRIEF:

B.    GROUND TWO:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:   The Respondent acted with others to deprive the Petitioner of the Right of due process of law and equal protection of the Law, the Respondent was knowledgeable that the Petitioner's Right to Due Process of law and Equal Protection of the law was being violated and having the power to prevent or correct said wrongful act, neglected or refused to prevent or correct said wrongful act. SEE ATTACHED BRIEF:

C.    GROUND THREE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:   UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA pursuant to the duty and obligation imposed by written oath of office to uphold the Constitution and Laws of United States for the united States of America and for/of the Republic/State of Arizona, is required to prevent or correct any act or omission that would violated any right of a party protected by the Constitution and Laws of the United States for the united States of America. The UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA has the authority sua sponte, on its own Petition, under Federal Criminal Rule F.R.C.P. 12 (e) and the administrative procedures Act to insure Petitioner Right to Full Disclosure SEE ATTACHED BRIEF:

D.    GROUND FOUR:

   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: _As the State Bar is in fact a State agency making all member attorneys public officers, the Petitioner's Right to effective counsel protected by Amendment 6 to the Constitution of the United States for the united States of America is restrained by the Respondent. The Respondent acted with others to deprived the Petitioner of the right to effective counsel, the Right of Due Process of Law and Equal Protection of the law, the Respondent was knowledgeable that Petitioner's Right to Due Process of law and Equal Protection of the Law was being violated and having the power to prevent or correct said wrongful act, neglected or refused to prevent or correct said act. SEE ATTACHED BRIEF:_

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: _It has never been presented to any Court by Petitioner, Full Disclosure as to the true nature and cause of any action wherein the Petitioner is called upon to make a response; the Right to have effective counsel outside the State Bar members; the Right to have an Article III Court adjudicate the parties rights; the right to know and challenge the injured party claim against Petitioner; Petitioner has no formal legal education thereby lacks or did lack total under-standing of the legal process at the time Petitioner was at trial._

10.    Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

      ☒    Yes
      ☐    No

   (a)    If so, give the name and location of the court and case number, if known: _UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA-PHOENIX Case No. CR 90-03-01-PHX-RCB._

11.    Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

      ☐    Yes
      ☒    No

   (a)    If so, give name and location of court which imposed sentence to be served in the future: _N/A_

(b)    And give date and length of sentence to be served in future: _____N/A_____

_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    ☐    Yes

    ☒    No

 

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Donael-Darnell: Oneal UCC 1-308*
Petitioner's Signature

*March 15, 2007*
Date

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Denard Darnell Neal

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Alberto Gonzales

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-00610
Assigned To : Bates, John D.
Assign. Date : 3/30/2007
Description: NEAL v. GONZALES

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/
Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency
Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

☐ **D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
defendant
☐ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of
Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt
Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
Exchange
☐ 875 Customer Challenge 12 USC
3410
☐ 900 Appeal of fee determination
under equal access to Justice
☐ 950 Constitutionality of State
Statutes
☐ 890 Other Statutory Actions (if not
administrative agency review or
Privacy Act

| ☐ G. *Habeas Corpus / 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23     **DEMAND $**    Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☐ NO    If yes, please complete related case form.

DATE 3/30/07    SIGNATURE OF ATTORNEY OF RECORD

JTC

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Denard-Darnell<br>23843-008<br>P.O. BOX 1033; USP-1<br>Federal Correctional Complex<br>Coleman, Florida. 33521-1033<br>    Petitioner, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Docket No._____<br><br>WRIT OF HABEAS CORPUS, AND NOTICE<br>OF HEARING.<br><br>TO: ALBERTO GONZALES, FOR UNITED |
| Vs.<br>UNITED STATES ATTORNEY GENERAL<br>ALBERTO GONZALES<br>DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C. 20530 | ) <br> ) <br> ) <br> ) <br> ) <br> ) | STATES DEPARTMENT OF JUSTICE<br>RESPONDENT. |

YOU ARE HEREBY COMMANDED under this WRIT OF HABEAS CORPUS to appear before the above Court on_____day of _____, 2007, at _____o'clock, in Presiding Department, or such other department to which the matter may then be assigned, located at the **UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA COURTHOUSE, COURT ROOM_____**, and Petitioner will be present at the hearing. If the Petitioner is in the physical custody of the Respondent, the Respondent will produce the Petitioner at said hearing.

You are commanded under this WRIT OF HABEAS CORPUS to there and then produce and disclose the body (corpus) of the injured/damage party, the jurisdiction, legal authority and the nature and cause of the Petitioner's restraint by answering the questions attached hereto this writ.

You are commanded under this WRIT OF HABEAS CORPUS that all attached questions must be answered under the penalty of perjury as true, correct, and complete. Failure to certify the answers thereto in this manner will be deemed as a non-response to the questions. A non-response answer to any question set forth herein will be deemed a non-responsive answer to all questions.

You are commanded under this WRIT OF HABEAS CORPUS, that if for any reason (s), the disclosure, and/or release, of any information demanded under this writ is exempt under statutory authority of the PRIVACY ACT, YOU ARE COMMANDED to state the applicable authority said information can be disclosed, and/or released.

Writ of Habeas Corpus--Page-1

The court, should the Respondent fail or refuse to provide a true sworn, accurate and complete answer under penalty of perjury under the laws of the United States for the united States of America, to the attached questions hereto forthwith, shall be construed as a failure to prosecute, a request to dismiss, and constructive intent by the respondent to enter a nolle prosequi by tacit procuration.

The court, will order the immediate release and discharge of Petitioner from the Respondent's restraint if such restraint is found to be without cause and unlawful, and, the court will order the immediate release of Petitioner from the Respondent's action filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA under Cause No. CR 90-03-01-PHX-EHC if such restraint is found to be without cause and unlawful.

WITNESS my hand and official seal this_____day of_____2007.

CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

_____

By_____
       Deputy Clerk

Submitted and signed this _15 th_ day of _March_____ in the year 2007.

_____Denard-Darnell: Petitioner_____
by: Denard-Darnell, Petitioner

## Questions to Determine the Jurisdiction, Authority and the Nature and Cause of the Respondent's restraint of the Petitioner's Liberties

### PARTIES IN INTEREST

1.) Is the true and correct spelling of the Petitioner's (appellation in upper and lower case): Denard-Darnell: Neal?

Writ of Habeas Corpus--Page-2

2.) Was there an affidavit of truth or other instrument filed within the action in which Petitioner spelled the Petitioner's appellation?

_____

3.) Is the true and correct spelling of the Defendants's appellation on the Respondent's action (appellation in all upper case): DENARD DARNELL NEAL? _____

4.) Was the Respondent aware of the true and correct spelling of the Petitioner's appellation when the original action of the Respondent was filed in the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA?

_____

5.) If the answer to question #4 is "YES": Is it the duty and obligation of he Respondent to prevent or correct such error that would prejudice the rights of the Petitioner by disclosing the fact that the Petitioner was not properly named as a party in the Respondent's action to the Petitioner as well as the court? _____

6.) If the answer to question #4 is "YES": Did the Respondent ever notice the Petitioner, or the court that the Petitioner was not properly named as a party in the Respondent's original Complaint? _____

_____

7.) Was the spelling of Defendant's appellation ever rebutted by Respondent? _____

8.) Is a rebutted affidavit admissible as evidence in a court of law?

_____

9.) Did the Respondent name the Petitioner in the Respondent's action as required by F.R.C.P. 10 (a)? _____

10.) Did the Respondent serve the Petitioner by process as required by F.R.C.P. 4 and 5? _____

11.) Did the respondent lawfully join the Petitioner to the Respondent's action under Cause Number CR 90-03-01-PHX-EHC, as required by F.R.C.P. 19? _____

12.) Did the Respondent lawfully join the Petitioner as a voluntary substitute for the named Defendant as required by F.R.C.P. 17 (a) before moving forward with the Respondent's action under Cause No. CR 90-03-01-PHX-EHC? _____

Writ of Habeas Corpus--Page-3

13.) If the answer to question #9, #10, #11, and #12 are "YES": Petitioner demands that the Respondent produce a true certified copy of said document bearing the bona-fide signature of the Petitioner?

14.) If the answer to question #9, #10, #11, and #12 are "NO": By what authority does the Respondent aver that the Respondent has any authority or jurisdiction to join the Petitioner to the Respondent's action under Cause no. CR 90-03-01-PHX-EHC involuntarily?

15.) Do the terms Federal Resident and Federal Citizen mean artificial entity established under the legislative authority of the Federal Corporate Government? _____

16.) If the answer to question #15 is "YES": Do the safeguards of the Bill of Rights as amended to the Constitution of the United States for the united States of America extend to a State Resident and/or State citizen? _____

17.) Is the Petitioner a Federal Resident and Federal citizen?

18.) If the answer to question #17 is "YES": What facts and statutes defining "Resident" and "citizen" as used in this proceeding are relied upon to make a positive affirmation thereto?

19.) Is the Petitioner a statutory person? _____

20.) If the answer to question #19 is "YES": What facts and statutes defining "person" as used in this proceeding are relied upon to make a positive affirmation thereto?_____

21.) Is the Petitioner a citizen of the United States? _____

22.) Do the Tribunal and the Respondent recognize that Petitioner has unalienable rights to which the Petitioner is entitled in the process and procedures set forth in the matter of the Respondent's action?

Writ of Habeas Corpus--Page-4

23.) If the answer to question #22 is "YES": Does this tribunal recognize its duty and obligation to be bound by the Constitution and Laws _of_ the United States _for_ the _u_nited States of America as Supreme Law and render any provision of the Constitution of Law of the Republic of Arizona a nullity if it conflicts with the Constitution and Laws _of_ the United States _for_ the _u_nited States of America and prevent the enforcement of any law of the Republic of Arizona or law of the premise of the legislative/venue jurisdiction of STATE OF ARIZONA that would abridge the inherent rights of the Petitioner?

24.) Did Petitioner ever voluntarily answer the Respondent's action? ____

25.) Is the Petitioner entitled by law to effective assistance of counsel? ____

26.) Does the Petitioner herein have a right to unfettered counsel of choice (without said counsel being a Bar approved attorney) to act in their stead for them in the proceedings before the tribunal? ____

27.) If the answer to question #26 is "NO": On what Constitutional or legislative authority is this limitation to choice of counsel based?

____

28.) Is the Petitioner's choice of assistance of counsel limited to a member of the Arizona State Bar? ____

29.) Is the Bar Association of Arizona also referred to as the State Bar? ____

30.) If the answer to question #29 is "YES": Are members of the State Bar required to swear and affirm in writing to uphold the Constitution and Laws _of_ the United States _for_ the _u_nited States of America and the Republic/State of Arizona?

31.) Are members of the State Bar required under obligation of oath to prevent or correct any act or omission that would abridge the rights of the Petitioner? ____

If the answer is "YES": Are members of the State Bar who knowingly fail or neglect to render a nullity, any Arizona state Constitution provision

Writ of Habeas Corpus--Page-5

or law that conflicts with the Constitution and Laws of the United States for the united States of America or prevent the enforcement of any Arizona state law that would abridge the inherent rights, privileges or immunities of the Petitioner, subject said member under the law, to damages suffered by the Petitioner, due to said member's failure or neglect? _____

31.) Are all members of the State Bar agents of STATE OF ARIZONA?

_____

32.) Did the State Bar provide assistance of counsel to DENARD DANRELL NEAL through a member of the State Bar? _____

33.) Is it a conflict of interest for an agent of the State Bar of STATE OF ARIZONA to also represent the interest of the Defendant in an action where UNITED STATES is an opposing party?

_____

34.) If the answer to question #33 is "YES": Can UNITED STATES compel a member of the State Bar to involuntarily provide assistance of counsel to the Defendant while being an agent of UNITED STATES and STATE OF ARIZONA and thus violate their oath of office and code of ethics?

_____

35.) If the answer to question #34 is "YES": Can UNITED STATES fulfill its obligation to insure effective assistance of counsel in a civil/ criminal/commercial procedure requiring that the State agency known as the State Bar provide assistance of counsel to both the Plaintiff and named Defendant?

36.) If the answer to question #35 is "NO": Is the Petitioner entitled to be discharged from the Respondent's action and restraint due to the Petitioner being deprived of the right to effective counsel?

_____

37.) Is the American Bar Association and the Arizona Bar Association organized under the authority of the Crown of England?

_____

Writ of habeas Corpus--Page-6

38.) Are the American Bar Association and the Arizona Bar Association operating as agents of the Banks of England or any other bank, financial institution or commercial process to collect a private debt for the creditors of the UNITED STATES in bankruptcy under international law?

_____

39.) Is the Petitioner a real party in interest in the Respondent's Action?    _____

40.) If the answer to question #39 is "NO": Is the Petitioner entitled to be discharged from the Respondent's action as a non-party, insufficient service and process and failure to join parties under civil rule 4, 5, 10 (a), 12 (b)(2)(4)(5)(7), 17 (a), 19?

_____


**VENUE**

1.) What is the venue of the tribunal in which the action is filed?

_____

A: Is the tribunal in the premises of the people's jurisdiction/venue of the Republic of Arizona or;

B: The premises of the legislative venue of UNITED STATES or;

C: In the premises of the people's jurisdiction/venue of the union of several states known as the united States of America or;

D: In the premises of the military of the United States, or;

E: Other?

2.) Do the session laws of the Republic of Arizona require the Official Flag of the United States for the united States of America and the Official Flag of Arizona be prominently displayed in all public buildings as well as court rooms?    _____

3.) Are the proceedings under the venue and jurisdiction of a principal or authority foreign to the united States of America?    _____

4.) If the answer to question #3 is "NO": Why is the official flag for the united States of America not displayed in the buildings or court room?    _____

5.) Is placing fringe upon the National Flag for the united States of America authorized by statute?    _____

Writ of Habeas Corpus--Page-7

6.) If the answer to question #5 is "YES": What is the specific statute of the United States that authorizes the placing of fringe upon the National Flag for the unite States of America? _____

7.) If the answer to question #5 is "NO": is placing fringe upon the National Flag for the united States of America the crime under the laws of the united States of America, of defacement and mutilation of the National Flag for the united States of America? _____

8.) Is the placing of fringe upon the National Flag representative of the President of the United States as commander-in-chief of the army and navy? _____

9.) If the answer to question #8 is "YES": Is the display of a National Flag with Fringe represent the venue and jurisdiction of the President of the United States as commander-in-chief of the army and navy?

_____

10.) If the answer to question #8 is "NO": Is the court where the Respondent's action is filed, by displaying the fringed National Flag, a United States military tribunal under the authority and jurisdiction of the President of the United States as commander-in-chief of the army and navy, a tribunal of limited jurisdiction?_____

11.) Is the tribunal organized under the general laws of:
A: The premises of the people of the Republic of Arizonaor;
B: The laws of the premises of the legislative jurisdiction/venue of STATE OF ARIZONA or;
C: Under the authority and premises of an authority foreign to the premises of either the people of the Republic of Arizona or;
D: Of the legislative venue of the UNITED STATES or?

12.) Does the tribunal have the power and authority to hear actions filed by the people in the premises of the people for the Republic of Arizona venue/jurisdiction (without the legislative venue)?_____

13.) Is the State agency known as the State Bar an a: executive department agency or b: judicial department agency? _____

14.) Are all officers members of the State Bar? _____

Writ of Habeas Corpus--Page-8

15.) If the answer to question # 13 is "a": Is the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA an executive/administrative department tribunal?

_____

16.) If the answer to question #15 is "YES": Does an executive tribunal have any bona-fide venue over judicial matter in the Republic of Arizona?

_____

17.) Does the tribunal have lawful venue jurisdiction over the Respondent's action? _____

18.) If the answer to question #17 is "NO": Is the Petitioner entitled to be discharge from the Respondent's action for lack of venue jurisdiction under civil rule 12 (b)(3)? _____

### JURISDICTION

1.) What is the jurisdiction of the proceedings in the action? Is the proceeding in a: law; b: equity; c: admiralty; d:maritime; e: ecclesiastical; f: military; g: other? _____

2.) If the answer to question #1 is "other", please specify the jurisdiction of this tribunal in this proceeding._____

_____

3.) Does this tribunal and Respondent have authority to compel the Petitioner into proceedings by way of the respondent's action and to prejudice the rights of Petitioner, it Petitioner does not respond to the action without first being entitled to know the nature and cause of the proceedings? _____

4.) Was Petitioner asked to enter a plea or answer in regards to the prejudice ofRespondent's action?_____

5.) What is the name of the party who signed the charging instrument, Respondent's action or other, in which said instrument avers the Petitioner has a signature on any instrument which makes the Petitioner liable to the Respondent for any specific performance set forth in the Respondent's action.? _____

_____

Writ of Habeas Corpus--Page-9

6.) Is the party named in response to question #5 an attorney or other public official who has taken and signed and filed a written oath to uphold the Constitution for the united States of America as amended in 1791 (without the legislative venue of the United States), the Constitution for Arizona and its Bill of Rights (without the legislative jurisdiction), and the Organic laws of the republic of Arizona?

---

7.) Is the party named in question #5 acting under their own authority or appointed under the authority of another? _____

8.) If the answer to question #7 is that the party named in question #5 is acting under the authority of another, what is that named of that party? _____

9.) Is the party named in the response to question #8 one who is an attorney or other public official who has taken and signed and filed a written oath to uphold the Constitution for the united States of America as amended in 1791 (without the legislative venue of the United States), the Constitution for Arizona and its Bill of Rights (without the legislative jurisdiction), and the Organic laws of the Republic of Arizona and who is also required to post a surety bond for the faithful performance of said duties under the oath described herein?

---

10.) Where is the oath filed that is described in question #9, and who is the person in charge of keeping said oath on file, and what is the title of that person? _____

---

11.) Who or what company, person, or entity is the issuer of the bond described in the answer to question #9, and what is the address of said bond issuer? _____

---

12.) Does failure or neglect to file the written, signed oath of office or bond by the person responding to question #7 or any other public official result in that public official vacating the office?_____

Writ of Habeas Corpus--Page-10

13.) Does controlling an office of trust by one who has not filed a written oath of office and/or bond constitute impersonation of a public official? _____

14.) Is impersonation of a public official a: a: civil; or b: criminal offense under the laws of the Republic of Arizona and UNITED STATES?

_____

15.) By what authority does the party named in question #5 aver that said party is the lawful agent of the UNITED STATES? _____

_____

16.) Is the Respondent's action that of UNITED STATES? _____

17.) Has any action been initiated by UNITED STATES? _____

18.) Has the party named in question #5 and/or #7 sworn or affirmed an oath to any other principal or authority foreign to the venue for the united States of America, which negates or nullifies the duty and obligations of the oath or affirmation to uphold the Constitution and Laws of the United States for the united States of America, or which imposes and bestows a title of nobility or honor upon said party?

_____

19.) If the answer to question #18 is "YES": To what foreign principal or authority has the party named in question #5 and/or #7 sworn said allegiance to? _____

20.) If the answer to question #18 is "YES": Has the party named in question #% and/or #7 filed with the Department of Immigration and Naturalization as a foreign agent?_____

21.) Is the presiding judicial officer a duly elected judicial officer under: a: the authority of the Constitution of the Organic Republic of Arizona; or b: the legislative authority of UNITED STATES?

_____

22.) Is the presiding judicial officer in response to question #21 one who is an attorney or other public official who has taken and signed and filed a written oath to uphold the Constitution for the united States of America as amended in 1791 (without the legislative venue of the United States), the Constitution for Arizona and its Bill of Rights (without the legislative jurisdiction), and the Organic laws of the Republic of Arizona and who is required to post a surety bond for the faithful performance of said duties under said oath?_____

Writ of Habeas Corpus--Page-11

23.) Where is the oath filed that is described in question #22 and who is the person in charge of keeping said oath on file, and what is the title of that person? _____

24.) Who or what company, person, or entity is the issuer of the bond described in the answer to question #22, and what is the address of said bond issuer? _____

25.) Does failure or neglect to file the written, signed oath of office or bond by the person responding to question #22 or any other public official result in that public official vacating the office?_____

26.) Does controlling an office of trust by one who has not filed a written oath of office and/or bond constitute impersonation of a public official? _____

27.) Is impersonation of a public official a: a: civil; or b: criminal offense under the laws of the UNITED STATES? _____

28.) Is the presiding judicial officer serving as pro tempore judicial officer in regard to "The Respondent's Action? _____

29.) If the answer to question #28 is "YES": Did said judicial officer secure a written agreement from all parties to the Respondent's motion, and file a written signed oath to the record of the court regarding the Respondent's motion as required by Arizona Law? _____

30.) If the answer to question #29 is "NO": By what authority does the protempore presiding judicial officer assume to preside over the Respondent's action?

31.) Under what authority of law is the Petitioner obliged to comply with orders or directions of a party holding and controlling an office of trust under color of office who has not authorization of the UNITED STATES to act under the authority of the UNITED STATES? _____

Writ of Habeas Corpus--Page-12

32.) Is this case being prosecuted by a bona-fide U.S. ATTORNEY under the general powers of an organic civil government, unfettered by legal disabilities including but not limited to bankruptcy or military over-sight or control or other limitation, or by common informer or other such private prosecutor?_____

33.) If the answer to question #32 is "NO": What legal disability is this case prosecuted under?_____

_____

34.) Has the UNITED STATES been declared bankrupt? _____

35.) If the answer to question #33 is "YES": by what authority does the Respondent bring action against the Petitioner while the UNITED STATES is in a state of bankruptcy?_____

_____

36.) What is the substance of the current money of account in the premises of the venue and jurisdiction of the tribunal and "The Respondent's Action? _____

_____

37.) Does the substance of the money of account in the answer to question #36 comply with the requirement of the Constitution for the united States of America, Article I, § 10, that no state shall make anything but gold and silver a tender in payment of a debt?_____

38.) If the answer to question #37 is "NO": Is the premises of the jurisdiction and venue of the tribunal and "The Respondent's Action within one of the "states" (Repbulics) as said organic states are defined in the Constitution fro the unite States of America?

_____

39.) If the answer to question #38 is "NO": What is the authority for the origin and legal authority for the UNITED STATES and State in which the premise of the venue and jurisdiction of the tribunal and Respondent's action are lodged? _____

_____

40.) Does the tribunal have lawful jurisdiction with regard to "The Respondent's Action?" _____

Writ of Habeas Corpus--Page-13

## RIGHT OF ACTION/CAUSE OF ACTION

1.) Does the Respondent's action set forth a controversy? _____

2.) If the answer to question #1 is "YES": What is the controversy set forth in "The Respondent's Action?" _____

3.) Does "The Respondent's Action" set forth the claim that Petitioner herein has a signature on any instruments upon which Petitioner has any legal or equitable duty with respect to the Respondent? _____

4.) If the answer to question #3 is "YES": Can the Respondent produce a certified copy of said documents bearing the bona-fide signature of the Petitioner? _____

5.) Is Petitioner's prejudice civil/equity or criminal/equity? _____

6.) If the answer to question #5 is **"criminal/equity"**, is the prejudice infamous? _____

7.) If the answer to question #6 is "YES": Did the Respondent initiate "The Respondent's Action" against the Petitioner by indictment or presentment of the Grand Jury? _____

8.) If the answer to question #7 is "NO": By what Constitutional authority does the Respondent deny the Petitioner the protected right not to be held to answer an infamous crime without an indictment or presentment by the Grand Jury? _____

9.) Does the Respondent aver that the Petitioner failed in a duty or obligation to: a: a Arizona State Law; or b: a UNITED STATES STATUTE OR LAW? _____

10.) If the answer to question #9 is **"b"**: Is the UNITED STATES STATUTE actual legislation of the Republic of Arizona and how is the Petitioner subject to said Statute of the UNITED STATES? _____

Writ of Habeas Corpus--Page-14

11.) If the answer to question #10 is "NO": Is the Statute only evidence of the legislation of UNITED STATES? _____

12.) If the answer to question #11 if "YES": Can a citizen be accused of violating evidence? _____

13.) If the answer to question #9 is "a": Is the law the Respondent avers is the subject of the Respondent's issues against the Petitioner to be limited in its application to a specific class? _____

14.) If the answer to question #13 is "YES": Is the class to whom the Legislature of the UNITED STATES intended the UNITED STATES STATUTES the Respondent avers is the subject of the respondent's issues against the Petitioner to be limited in its application to the class known specifically to the legislature as person? _____

15.) Does the Legislature of the UNITED STATES include natural born Citizens in it specific statutory definition of the class known as "person?" _____

16.) If the answer to question #15 is "YES": What is the specific UNITED STATES Law in which the Legislature of UNITED STATES include natural born Citizens within the several united States of America in the Legislature of the UNITED STATES specific statutory definitions of the class known as "person?" _____

17.) If the answer to question #15 is "NO": Does the Respondent have any lawful authority to apply either a UNITED STATES Law to the Petitioner when the Petitioner is not a member of the class known to the Legislature of the UNITED STATES as "person?" _____

18.) Did the Petitioner file into the record of the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT an affidavit containing a statement that the Petitioner has no contractual agreement with the Respondent?

_____

Writ of Habeas Corpus--Page-15

19.) Was the affidavit referred to in question #18 made under the penalties of perjury? _____

20.) What instruments does the Respondent aver contain the Petitioner's bona-fide signature to which a right of action and cause of action have accrued? _____

21.) What instrument, the Respondent's action or other, avers that the Petitioner has a bona-fide signature on any instrument which makes the Petitioner liable to the Respondent for any specific performance set forth in the Respondent's action? What is the name of this instrument and who has the original of said instrument? _____
_____

22.) Is said instrument a license or court order? _____
_____

23.) If the answer to question #22 is **"court order"**: Was said court order signed by a judicial officer signed and filed a written oath of office prior to assuming the duties as a judicial officer?
_____

24.) If the answer to question #22 is **"court order"**: Was the signing judicial officer a pro tempore judicial officer, and if so, did said pro tempore judicial officer comply with the provision of UNITED STATES prior to issuing the order?

25.) Does the Respondent named herein have direct knowledge that Petitioner has bona-fide signatures on any instrument which makes the Petitioner liable to the Respondent for any specific performance set forth in the Respondent's action? _____

26.) Does the Respondent have any direct evidence, admissible under the rules of evidence by the Republic of Arizona/UNITED STATES, by affidavit under penalty of perjury true, correct, and not misleading, that established that the Petitioner herein has any bona-fide signatures on any instrument which makes the Petitioner liable to the Respondent for any specific performance set forth in the Respondent's action?
_____

27.) Who is the damage party in the action? _____
_____


Writ of Habeas Corpus--Page-16

28.) What substance does the damage party have at risk? _____

29.) Does the Respondent's action disclose the Respondent's right of action and cause of action? _____

30.) If the answer to question to #29 is "NO": Is the Petitioner entitled to be discharge from the Respondent's action due to the Respondent 's failure to state a cause for which relief can be granted under Civil Rule 12 (b)(6)? _____

_____

### WHAT SUBSTANTIVE SYSTEM OF LAW IS THE TRIBUNAL OPERATING UNDER

1.) What is the specific substantive system of law under which the tribunal the Respondent's action is filed operating under?
a: Constitutional; b: Feudal; c: ecclesiastical; d: Military;
e: Commercial; f: common Law; g: Other _____

Submitted and signed this __24th__ day of __February__ 2007

___Denard-Darnell, Petitioner___
By: Denard-Darnell, Petitioner

Send all response/court orders to the below listed mailing location.

DENARD DARNELL NEAL
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

Writ of Habeas Corpus--Page-17

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

Denard-Darnell     )
23843-008       ) Docket No._____
P.O. BOX 1033; USP-1    )
Federal Correctional Complex ) PETITION FOR WRIT OF HABEAS CORPUS
Coleman, Florida. 33521-1033 ) TO UNITED STATES DISTRICT OF COLUMBIA
   Petitioner,    ) BY AFFIFAVIT.
            )
   Vs.        )
            )
            )
UNITED STATES ATTORNEY GENERAL )
ALBERTO GONZALES     )
DEPARTMENT OF JUSTICE    )
950 PENNSYLVANIA AVENUE, N.W. )
WASHINGTON, D.C. 20530    )
RESPONDENT.       )

Comes now the Petitioner, Denard-Darnell retaining and asserting all inherent rights, affirms (Without the venue of the UNITED STATES) that the following is true, correct, and complete, and not misleading. The Petitioner shall at all times be a proper party to this action.

Know all Parties by these presents, the Petitioner brings this **Petitioner for Writ of Habeas Corpus** to UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIAL and states that:

## I. DEFINITIONS OF TERMS AS USED IN THIS PETITION

The following definitions apply to the PETITION contained herein.

The word **"Petition'** means **Petition for a Writ of Habeas Corpus** filed in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA by

Petitioner.

The **"Tribunal"** means the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA" and any proceedings held therein as applied to the Petition styled as Denard-Darnell Petitioner Vs. UNITED STATES, Respondent, and **Petition for Writ of Habeas Corpus.**

The words **"action" or "proceedings"** means the action or proceedings brought in the tribunal by the Petitioner's **"Petition"**.

The word **"Petitioner"** means Denard-Darnell.

Petition for Habeas Corpus--Page-1

The word "Respondent" means UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES, respondent's counsel, agents, assigns, successors, employees, principals, members, associates and predecessors in the action.

The term **"Nature and Cause"** means the right to know the parties of interest, venue, jurisdiction, right of action, and cause of action upon which the action is based.

The term **"liberty"** means Freedom, exemption from extraneous control, the power of the will to follow the dictates of its unrestricted choice, and to direct the external acts of the individual, without restrain, coercion, or control from other parties. The term "Liberty" includes and comprehends all personal rights and their enjoyment. The term "Liberty" includes but is not limited to, freedom/right from duress, freedom/right from governmental interference in exercise of intellect, in information of opinions, in the expression of them, and in action or inaction dictated by judgment, the freedom/right from servitude, freedom/right from imprisonment or restraint without lawful Constitutional due process of law, the freedom/right in the use of all of one's powers, faculties and property, freedom of contract, the freedom/right to travel, the freedom/right of religion, the freedom/right of speech, the freedom/right of self defense against unlawful violence, the freedom/right to acquire and enjoy property, the freedom/right to acquire knowledge, the freedom/right to carry on business, the freedom/right to earn a livelihood in any lawful calling, the freedom/right to enjoy to the fullest extent the privileges and immunities given or assured by the law to the people living within the union of the united States of America, the freedom/right to demand the nature and cause of any allegation made against in Inhabitant, etc..."

The term **"Republic of Arizona"** means those people dwelling in the organic **Arizona Republic** (without the legislative jurisdiction of STATE OF ARIZONA) who possess unalienable rights from Natures' law and Nature's God, which rights are not subject to involuntary liens or diminished by any legal impediment (such as the bankruptcy of the United States declared March, 1933).

Petition for Habeas Corpus--Page-2

The term **"prejudice"** means Petitioner's loss of legal rights, privileges and immunities.

The term **"infamous crime"** means a crime punishable by death in a State of UNITED STATES penitentiary or imprisonment in a State or UNITED STATES correctional facility.

The term **"Respondent's action"** shall mean Respondent's action UNITED STATES VS. DENARD DARNELL NEAL filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, PHOENIX under Case No. CR 90-03-01-PHX-EHC-RCB.

The term **"USC"**= UNITED STATES CODE.

The term **"USCA"**= UNITED STATES CODE ANNOTATED.

The term **"Pub.L"**= Public Law of the United States for the united States of America.

The term **"CODE"**= A code implies compilation of existing laws, systematic arrangement chapters, subheads, table of contents, and index, and revision to harmonize conflicts, supply omissions, and generally clarify and make complete body of laws designed to regulate completely subjects to which they relate.

The term **"CODIFICATION"**= process of collecting and arranging the laws of a Country or State into a code, i.e., into a complete system of positive law, scientifically ordered, and promulgated by legislative authority.

The term **"STATUTE"**= An act of the legislature declaring, commanding, or prohibiting something; a particular law enacted and established by the will of the legislative department of government; the written will of the legislature, solemnly expressed according to the forms necessary to constitute it the law of the State. this word is used to designate the written law in contradiction the the unwritten law.

The term **"STATUTES" AT LARGE**= Statutes printed in full added in the order of their enactment, in a collected form, as distinguished from any digest, revision, abridgement, or compilation of them. Thus the volumes of "United States Statutes at Large," or the Arizona Statutes

at Large" contain all the acts of the Congress of the United States of America or the Congress of the State of Arizona in their order.

The term **"INCLUDE"**= To confine within, hold as in an enclosure, take in, attain, shut up, contain, enclose, comprise, comprehend, embrace, involve.

The term **"FRAUD"**= An intentional perversion of the truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right.

The term **"Inhabitant"**= one of the natural born sovereign people, possessing and entitled to the enjoyment of all the rights, privileges and immunities enumerated or un-enumerated in the United States Constitution, which can be enjoyed by any one of the sovereign people, protected by the Constitution and Laws of the United States for the united States of America.

The term **"PERSON"**= includes, an individual and an entity.

The term **"ENTITY"**= includes, a corporation and foreign corporation, profit and not-for-profit unincorporated associations, business trust, estate, trust, partnership, and two or more persons having a joint or common interest, and the State, United States, and a foreign government.

The term **"WHOEVER"**= includes all persons, natural and artificial; partners, agents, and employees; and all officials, public or private.

The term **"STATE OF ARIZONA"** means the corporate State within the legislative jurisdiction of the STATE OF ARIZONA subject to the legal impediment of the bankruptcy of the UNITED STATES declared in March, 1933.

The term **"STATE CITIZEN"**= includes, a corporation or any other artificial entity created under the laws of one State and a non resident of every other State.

The term **"STATE RESIDENT"**= includes, any State citizen.

Petition for Habeas Corpus--Page-4

The term **"INDIVIDUAL"**= As a noun, this term denotes a single person as distinguished from a group or class, as also, very commonly, a private or natural person as distinguished from partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it may, in proper cases, include artificial persons.

The term **"NATURAL PERSON"**= A person is such, not because he is human, but because rights and duties are ascribed to him. The person is the legal subject or substance of which legal rights and duties are attributes. An individual human being considered as having such attributed is what lawyers call a natural person. All public officials who are under oath or affirmation to uphold the Constitution and Laws of the United States for the united States of America are natural persons.

The term **"AGENCY"**= The relation created by express or implied contract or by law, whereby one party delegates the transmission of some lawful business with more or less discretionary power to another, who under-takes to manage the affairs and render an account to the party that delegated the authority.

The term **"STATE AGENCY"**= all units of State government established under the constitutional or legislative, authority of the State, including any branch, department, or unit of the State government, organization, corporation, partnership or association, however designated or constituted.

The term **"PUBLIC OFFICER"**= An officer of a public corporation; that is, one holding officer under government of a municipality, State, or nation. One occupying an officer created by law. One who exercises some portion of the sovereign power of the state, either in making, administering or executing the laws. One who acts under a sworn oath or affirmation and/or bond.

The term **"STATE BAR"**= is an agency of STATE OF ARIZONA.


Petition for Habeas Corpus--Page-5

The term **"SIGNATURE"**= includes any symbol executed or adopted by a party with present intention of authenticating the validity of a writing.

The term **"Bona-fide signature"**= In contracts, any symbol executed or adopted by a party attested that party voluntarily entered into the agreement in good faith, that all terms conditions and obligations were fully disclosed, and that the party fully understood the consequences of the instrument.

The term **"CONFLICT OF LAW"**= When citizens of different States, republics or jurisdictions are parties to suit or other legal proceeding. A contrary or opposition in laws of states, countries or jurisdictions in cases where the rights of the parties, from their relations to each other or in the subject-matter in dispute, are liable to be affected by the laws of both jurisdictions. The effect of the laws of every State or republic effect and bind directly all property, real or personal, situated within its jurisdictional territory, all persons resident within its own limits or jurisdiction, and other public ministers while its own limits by virtue of its sovereignty. Ambassadors and other public ministers while within the jurisdiction of a foreign power are not subject to the jurisdiction of said laws.

## II.  **STATUS OF PETITIONER**

The Petitioner is not a UNITED STATES CITIZEN, nor a RESIDENT OF THE UNITED STATES.

The Petitioner is not a STATE CITIZEN of STATE OF ARIZONA, nor a RESIDENT of STATE OF ARIZONA.

The Petitioner is not a subject of Great Britain.

The Petitioner is an Inhabitant at Arizona republic.

The Petitioner, Denard-Darnell is a natural born Citizen of the several united States of America, currently residing at Sumter county, a political subdivision for/of the Republic/State of Florida.

Petition for Habeas Corpus--Page-6

### III.    STATUS OF THE RESPONDENT

The Respondent UNITED STATES is currently an entity as defined in section 1 of this Petition.

The Respondent's agent ALBERTO GONZALES, Attorney General of the United States is an attorney-at-law, a member of District of Columbia Bar Association, an agency of DISTRICT OF COLUMBIA, organized and existing under the legislative authority of DISTRICT OF COLUMBIA.

### IV.    TYPE OF ACTION

Neither the United States, nor the Republic/State of Arizona is being invaded by foreign power, nor has there been a formal declaration of insurrection. The Petitioner asserts the right, protected by Article 1 § 9 of the Constitution of the United States for the united States of America and Article 1 § 13 of the Constitution for/of the Republic/State of Arizona, and petitions/applies to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA for a writ of habeas corpus to be issued to inquire into the Nature and Cause of the Respondent's restraint of the Petitioner's liberties.

This action is an original action as per Article 3 of the Constitution of the United States for the united States of America.

### V.    DEMAND FOR AN ARTICLE THREE JUDICIAL OFFICER

The Petitioner herein demands that only the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA or an Article Three Judicial Officer hear this petition. An Article three officer is defined as follow:
a) Judges of both the Supreme Court and inferior Courts, holding office during good behavior.
b) Judges of both the Supreme Court and inferior Courts who receive compensation for their services which is not diminished during their continuance in office.
In Balzac v. Puerto Rico, 258 U.S. at page 312 (1921) the High Court stated:

"The UNITED STATES DISTRICT COURT is not a true United States Court established under ARTICLE III of the Constitution to administer the judicial power of the United States therein conveyed. It is created

by virtue of the sovereign congressional faculty, granted under
ARTICLE IV, Section 3, Clause 2, of that instrument, of making all
needful rules and regulations respecting the <u>territory</u> belonging to
the United States. The resemblance of its jurisdiction to that of true
United States courts in offering an opportunity to nonresidents of
resorting to a tribunal not subject to local influence, does not change
its character as a mere <u>territorial</u> court. (Emphasis added).

## VI.    PURPOSE OF THE WRIT OF HABEAS CORPUS

The purpose for a writ of habeas corpus is to provide a judicial remedy
to the Petitioner in inquire into the nature and cause of the Respondent
restraint of the Petitioner's Liberty, once the Petitioner has exhausted
all the administrative procedures without effecting a remedy.
Disclosure by the Respondent of the nature and cause of the Respondent's
restraint of the Petitioner's Liberty includes but is not limited to
the disclosure by the Respondent of the Respondent's authority and
jurisdiction to restrain the liberty of the Petitioner.

The Petitioner ask the UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
to take notice of the following description of the term **LIBERTY** to wit:

The term **"Liberty"** means Freedom, exemption from extraneous control,
the power of the will to follow the dictates of its unrestricted choice,
and to direct the external acts of the individual, without restrain,
coercion, or control from other parties. The term "Liberty" includes
and comprehends all personal rights and their enjoyment. The term
"Liberty" includes but is not limited to, freedom/right from duress,
freedom/right from governmental interference in exercise of intellect,
in information of opinions, in the expression of them, and in action
or inaction dictated by judgment, the freedom/right from servitude,
freedom/right from imprisonment or restraint without lawful
Constitutional due process of law, the freedom/right in the use of all
of one's powers, faculties and property, freedom of contract, the
freedom/right to travel, the freedom/right of religion, the freedom/right
of speech, the freedom/right to self defense against unlawful violence,
the freedom/right to acquire and enjoy property, the freedom/right to
acquire knowledge, the freedom/right to carry on business, the

Petition for Habeas Corpus--Page-8

freedom/right to earn a livelihood in any lawful calling, the freedom/
right to enjoy to the fullest extent the privileges and immunities given
or assured by the law to the people living within the union of the
united States of America, the freedom/right to demand the nature and
cause of any allegation made against an Inhabitant, etc..."

As the court can plainly see, the term "**Liberty**" includes, but is not
limited to, physical incarceration. The issues of restraint of the
Petitioner's Liberty raised by this petition/application for a writ
of habeas corpus may include physical incarceration but is not limited
to that single issue of liberty but shall include any and all inherent
liberties of the Petitioner that are currently being restrained by
the Respondent.

The writ of habeas corpus is also a remedy to the Petitioner for a
collateral attack for a post conviction remedy.

### VII.    TO WHOM THE WRIT OF HABEAS CORPUS IS TO BE DIRECTED

The Petitioner states that the issuance of a writ of habeas corpus
directed to UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES who
whereabouts are, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE,N.W.
WASHINGTON, D.C., 20530.

The Petitioner is petitioning the UNITED STATES DISTRICT COURT, DISTRICT
OF COLUMBIA, to command the Respondent appear in court at particular
time and place, because petitioner is in the Respondent custody the
court should order the Respondent to produce Petitioner body as well.
To then and there explain and produce proof of the authority, legality,
and the nature and cause under which Respondent is restraining Petitioner.

Should it then be found that the Respondent has no legal authority to
restrain the liberty of the Petitioner, the court is to immediately
release and discharge petitioner from the restraint of the Respondent.

## VIII.  STATEMENT OF FACTS SHOWING PETITIONER HAS EXHAUSTED ALL ADMINISTRATIVE REMEDIES

As shown by the following facts, the Petitioner has exhausted all administrative remedies available for the protection of the Petitioner's inherent rights regarding the Respondent's restraint of the Petitioner's Liberties.

1.) The Petitioner on or about February 24, 2006 A.D., did serve on the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA-PHOENIX, "A Special Visitation with definitions and Commercial Affidavit, and Rule 60 (b) (4) (5), to determine the nature and cause of the proceedings, the Petitioner retained the original of same.

2.) The Petitioner on or about September 20,2005 A.D., did privately serve on the Respondent's agent, PAUL K. CHARLTON, "A Petition for Redress, in the nature of a private international administrative remdey/ demand, to determine the nature and cause of the Respondent's agent's action, in re: Cause No. CR 90-03-01-PHX-EHC, with affidavit in verification. The Petitioner retained the original of same.

3.) The Petitioner on or about October 16, 2005 A.D., did privately serve on the Respondent's agent, PAUL K. CHARLTON, "A Notice of Fault- Opportunity to Cure for failure to respond to the Petition for Redress, to Determine the nature and cause of the Respondent's action, with Affidavit in verification." The Petitioner retained the original of same.

4.) The Petitioner on or about October 23, 2005 A.D., did privately serve on the Respondent's agent, PAUL K. CHARLTON, "A Notice of Dishonor and Default, for failure to respond to the Notice of Fault--Opportunity to Cure and the Petition for Redress, to Determine the nature and cause of the Respondent's action, with Affidavit in verification." The Petitioner retained the original of same.

5.) The Respondent through the Respondent's agent, PAUL K. CHARLTON, stipulates by refusing to answer the Petitioner's demand that by and for a Petition for Redress, include but are not limited to the following:

Petition for Habeas Corpus--Page-10

.(a) The Petitioner has the right to know the nature and cause of "The Respondent's Action" and that the Petitioner's right is protected by Amendment 6 to the Constitution of the United States for the united States of America.

(b) The Petitioner's procedures for the Petitioner's "PETITION FOR REDRESS" to Determine the nature and cause of the Proceeding" regarding "The Respondent's Action" is correct and complete.

(c) That it is the duty and obligation of the Respondent and all public servants including attorneys-at-law, who have sworn an oath or affirmation to uphold the omission that would work to deny the Petitioner's right of due process and equal protection of the law.

(d) The true and correct Hebrew appellation or proper name of the Petitioner is Denard-Darnell.

(e) The true and correct spelling of the Defendant's appellation in "The Respondent's Action is "DENARD DARNELL NEAL".

(f) The Respondent stipulates that the Petitioner and DENARD DARNELL NEAL named in the Respondent's Action" as Respondent are not the same party.

(g) The Respondent has no evidence that Petitioner Denard-Darnell and DENARD DARNELL NEAL are the same party.

(h) The Respondent does not claim that the Petitioner is a juristic (legal) or statutory person who spells Petitioner's name in all-capital letters.

(i) The Respondent stipulates that the Petitioner is natural born Citizen of the several united States of America and a lawful inhabitant of the premises of the jurisdictional venue of the Organic Arizona state known as the Arizona Republic.

(j) The Respondent stipulates that there are no facts to support any assertion that the Petitioner is an artificial, juristic, or statutory person.

(k) The Respondent stipulates that "The Respondent's Action" is not brought in the appellation of the Petitioner.

(l) The Respondent stipulates that the Respondent does not have any written agreement, promise or contract bearing the bona-fide signature of the Petitioner, upon which Petitioner has any legal or equitable duty with respect to the Respondent.

Petition for Habeas Corpus--Page-11

(m) The Respondent stipulates that the Respondent's agents knew that DENARD DARNELL NEAL and the Petitioner are not the same party from the onset of the "The Respondent's Action" and failed to disclose the information to the Petitioner or the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

(n) The Respondent stipulates that the Petitioner is not a real party in interest to "The Respondent's Action" and that the Petitioner has been mistakenly held under "The Respondent's Action" and should be discharged from the proceedings.

(o) The Respondent cannot disclose the nature and cause of "The Respondent's Action" or who the injured party is.

(p) The Respondent stipulates that all further issues raised by the Petitioner in the Demand are relevant and material but rendered moot in that Petitioner is not a party to "The Respondent's Action.

## IX.  HOW PETITIONER'S LIBERTY IS BEING RESTRAINED BY RESPONDENT RIGHT OF ACTION

In support of this petition, Petitioner verily alleges that the Petitioner is being restrained by Respondent by:

1.) Restraining the Petitioner's right protected by amendment 13 to the Constitution of the United States for united States of America from peonage and involuntary servitude by compelling the Petitioner to involuntarily participate in the Respondent's action filed in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, under Case #CR 90--03-01-PHX-EHC, by and through the Respondent's agent, PAUL K. CHARLTON, United States Attorney-Phoenix Arizona Division, wherein the Petitioner is not named as a party in interest.

2.) The Respondent refusing to disclosed to the Petitioner, the nature and cause of the Respondent's action as it applies to the Petitioner, restraining the Petitioner right, protected by amendment 6 to the Constitution of the United States for the united States of America to fully disclose of the nature and cause of the Respondent's action filed in the UNITED STATES DISTRICT COURT FOR DISTRICT OF ARIZONA Case No. Cr 90-03-01-PHX-EHC, depriving the Petitioner of the right to due process of law and equal protection of the law protected by amendments 5 and 14 the the Constitution of the United States for the

Petition for Habeas Corpus--Page-12

united States of America.

3.) Denying the Petitioner right to effective counsel. Restraining the Petitioner's right protected by amendment 6 to the Constitution of the United States for the united States of America to choice of counsel to only members of the State Bar, an agency of STATE OF ARIZONA as public officers operating under the disability of a conflict of interest in that all attorneys-at-law are in fact agents of the Respondent.

4.) Depriving the Petitioner of right to be secure in traveling upon the public roadways. Restraining the Petitioner's right to freely travel protected by amendment 9 to the Constitution of the United States for the united States of America, not to be held to answer a capital or otherwise infamous crime without indictment of presentment of the grand jury.

5.) The Respondent further restrain the liberty of the Petitioner by imprisonment and loss of property without lawful due process of law and equal protection of law protected by amendments 5, 6 and 14 to the Constitution of the United States for the united States of America.

X.    CAUSE OF ACTION

STATEMENT OF WHY THE RESPONDENT'S RESTRAINT OF
THE PETITIONER IS ILLEGAL

COUNT 1

1.) Respondent has failed to fully disclose the nature and cause of "The Respondent's Action" by not answering the Petitioner's PETITION FOR REDRESS.

2.) Without disclosure as to the nature and cause of the "The Respondent's Action" meaning disclosure of the parties in interest, the venue of the court, the jurisdiction of the court and controversy, the Respondent's right of action, the Respondent's cause of action meaning injured party. The Respondent stands in violation of the Petitioner's right to full disclosure of the nature and cause of "The Respondent's Action," protected by amendment 6 to the Constitution of the United States for the united States of America and F.R.C.P. 12(b)(6) failure to state a claim upon which relief can be granted.

Petition for Habeas Corpus--Page-13

3.) The Respondent acted with others to deprive the Petitioner of the right of due process of law and equal protection of law protected by amendments 5 and 14 to the Constitution of the United States for the united States of America and a violation of Public Law 1861, ch. 33, 12 Stat. 284 [codified in Title 42, § 1985].

4.) The Respondent was knowledgeable that the Petitioner's right to due process of law and equal protection of the law was being violated and having the power to prevent or correct the wrongful act, neglected or refused to prevent or correct said wrongful act in violation of Public Law 1871, ch. 22 § 6 17 Stat. 15 [codified in Title 42 § 1986].

### COUNT 2

1.) **The Respondent acted with others to deprive the Petitioner of the right of due process** of law and equal protection of the Law, a violation of Public Law 1861, ch. 33, 12 Stat. 284 [codified in Title 42 § 1985].

2.) The Respondent was knowledgeable that the Petitioner's right to due process of law and equal protection of the law was being violated and having the power to prevent or correct the wrongful act, neglected or refused to prevent or correct said wrongful act in violation of Public Law 1871, ch. 22, § 6 17 Stat. 15 [codified in Title 42 § 1986].

### COUNT 3

1.) The UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA pursuant to the duty and obligation imposed by written oath of office to uphold the Constitution and Laws of the United States for the united States of America and for/of the Republic/State of Arizona, is required to prevent or correct any act or omission that would violated any right of a party protected by the Constitution and Laws of the United States for the united States of America.

2.) The UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA has the authority sua sponte, on its own Petition, under Federal Criminal Rule F.R.C.P. 12 (e) and the administrative Procedures Act, to insure the Petitioner's right to disclosure of the nature and cause of "The Respondent's Action," by ordering the Respondent to answer the Petitioner's PETITION FOR REDRESS/DEMAND for a More Definite Statement to Determine the Nature and Cause of "The Respondent's Action."

Petition for Habeas Corpus--Page-14

3.) The COURT OF APPEALS FOR THE NINTH CIRCUIT in denying Petitioner Writ of Mandamus, knowing that the Petitioner had privately served a Special Visitation, Commercial Affidavit and Petition for Redress upon the Respondent agent and that the Petitioner' demands have not been answered by the Respondent, was a clear act of bad faith on the part of both the Court of Appeals for the Ninth Circuit and the Respondent as well as the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA.

4.) This act of bad faith results in compelling the Petitioner to participate without disclosure of the nature and cause of "The Respondent's Action," without disclosure by what authority the Respondent acts to hold the Petitioner to answer an infamous crime without indictment or presentment of the grand jury, a violation of the Petitioner's inherent right of due process with regard to full disclosure of the nature and cause of any action against or purported to be against the Petitioner.

5.) The Petitioner was denied the ability to effect a remedy in "The Respondent's Action" upon the Respondent's pleadings filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, THE COURT OF APPEALS FOR THE NINTH CIRCUIT, AND THE SUPREME COURT OF THE UNITED STATES.

6.) The Respondent acted with others to deprive the Petitioner of the right of due process of law and equal protection of the Law, a violation of Public Law 1861, ch. 33, 12 Stat. 284 [codified in Title 42, § 1985].

7.) The Respondent was knowledgeable that the Petitioner's right to due process of law and equal protection of the law was being violated and having the power to prevent or correct the wrongful act, neglected or refused to prevent or correct said wrongful act in violation of Public Law 1871, ch. 22, § 6 17 Stat. 15 [codified in Title 42 § 1986].

### COUNT 4

Arizona State Bar Association, an agency of the STATE OF ARIZONA, organized and existing under the legislative authority of STATE OF ARIZONA as an agency of STATE OF ARIZONA in 1933.

"There is hereby created as an agency of the State, for the purpose and within the powers herein set forth, as association to be known as the Arizona State Bar Association, hereinafter designated as the State Bar..."

Petition for Habeas Corpus--Page-15

The code of professional conduct provides:

"... a Lawyer shall not represent a private client in connection with a matter in which the lawyer participated personally and substantially as a public employee, unless the appropriate government agency consents after consultation."

As the State Bar is in fact a State agency making all member attorneys public officers, The Petitioner's right to effective counsel protected by amendment 6 to the Constitution of the United States for the united States of America is restrained by the Respondent.

The Respondent acted with others to deprived the Petitioner of the right to effective counsel, the right of due process of law and equal protection of the law, a violation of Public Law 1861, ch. 33, 12 Stat. 284 [codified in Title 42, § 1985].

The Respondent was knowledgeable that the Petitioner's right to due process of law and equal protection of the law was being violated and having the power to prevent or correct the wrongful act, neglected or refused to prevent or correct said wrongful act in violation of Public Law 1871, ch. 22, § 6 17 Stat. 15 [codified in Title 42 § 1986].

## XI.    **ARGUMENT**

The court acquires jurisdiction over controversies. Until a controversy is properly brought before a court, the court wants jurisdiction to grant any relief sought by a party until a cause of action is properly brought before the court by a moving party.

The Petitioner has the inherent right to complete and total disclosure as the nature and cause of any action wherein the Petitioner is called upon to make a response. This right is protected by amendment 6 to the Constitution of the United States for the united States of America. Without such complete and total disclosure of the nature and cause of the action, it is impossible for the Petitioner to meaningfully respond to, traverse to, or defend against any accusation (s) made, or process issued or caused to be issued by the the Respondent.

The issues regarding the Nature and Cause of "The Respondent's Action"
go to Parties in interest, venue, jurisdiction, stating the right of
action and the cause of action, all issues arising under CR 12 (b).

The courts have held time and again that a responding party has the
right, protected by the Constitution and Laws of the United States
for the united States of America to disclosure by the moving party,
of the jurisdiction claimed by the moving party, and that the burden
to prove that the moving party has jurisdiction is upon the moving
party.

The Respondent, by and through the Respondent's agent PAUL K. CHARLTON,
asserted that Respondent's Action" is brought under the venue
jurisdiction of the Federal United States by making the Respondent's
DECLARATION FOR DETERMINATION OF PROBABLE CAUSE under declaration of
penalty of perjury. Under Public Law 94-550 § 1 (a), October 18, 1976,
90 Stat. 2534, [codified under Title 28 U.S.C. § 1746 (2)] documents
executed within the Federal United States, its territories, possessions,
or commonwealths be made under the "penalty of perjury".

The Declaration of the Respondent by and through the Respondent's Agents
gives rise to the reality that the Respondent's Action is a Federal
Action. The courts have held that the judicial department of the United
States does not have municipal jurisdiction within the Republics of
the Union.

"The flag of the United States and the flag of the state shall be
prominently installed, displayed and maintained in schools, courtrooms
and state buildings."

The private copyrighted United States Code Annotated [Title 4 section
1] Notes of Decisions [note 1] states to wit:
"Placing the fringe on the national flag, the dimensions of the flag,
and arrangement of stars are matters of detail not controlled by statute,
but within the discretion of the President as commander-in-chief of
the army and navy. [1925, 34 Op. Att. Gen. 483]."


Petition for Habeas Corpus--Page-17

The fringed flag displayed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, appear to be the flag of the President of the United States as commander-in-chief of the army and navy.

This would appear to make the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA a military tribunal with limited jurisdiction under the authority of the Federal Government.

Without disclosure of the Nature and Cause of "The Respondent's Action," the Petitioner is without specific, necessary, and imperative information to formulate a response to "The Respondent's Action.

Without an answer to the Petitioner's demand for a PETITION FOR REDRESS to determine the nature and cause of "The Respondent's Action" from the Respondent for Respondent's agent PAUL K. CHARLTON thereto, the Petitioner can only presume to no controversy, if any, between the Petitioner and the Respondent regarding "The Respondent's Action." Presumptions do not lead to due process of law.

This Right and cause of action for this Petition is pursuant to Petitioner's unalienable rights endowed to the Petitioner by Nature's laws and Nature's Creator, as recognized by the Bill of Rights in the Arizona state Constitution (without the legislative jurisdiction) and by the Bill of Rights as amended to the Constitution for the united States of America, 1791 (without the legislative jurisdiction) to be informed of the Nature and Cause of "The Respondent's Action."

The UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, pursuant to the duty and obligation imposed by the written oath of office to uphold the Constitution and Laws of the United States for the united States of America and for/of the Republic/State of Arizona, is required to prevent or correct any act or omission that would violate any right of a party protected by the Constitution and Laws of the United States for the united States of America. The UNITED STATES DISTRICT COURT · DISTRICT OF ARIZONA has the authority sua sponte, on its own motion under the Administrative Procedures Act as applicable, to insure the Petitioner's right to disclosure of the nature and cause of "The Respondent's Action" by ordering the Respondent's agent PAUL K. CHARLTON to answer the Petitioner's Demand for a PETITION FOR REDRESS to determine the nature and cause of "The Respondent's Action.

Petition for Habeas Corpus--Page-18

The Respondent is not entitled to deny the Petitioner of inherent rights protected by the Constitution and Laws of the United States for the united States of America which include but not limited to the right to know the nature and cause of the proceedings.

The Respondent not the Respondent's agent PAUL K. CHARLTON, are entitled to deny the Petitioner of the right to dilatory pleas and pleas in bar nor the Petitioner's right to affirmative defenses and counterclaims that can only be entered upon actual controversy created by the Respondent's answer to the Petitioner's Demand for a PETITION FOR REDRESS to determine the Nature and cause of the "The Respondent's Action.

The UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, by compelling the Petitioner to participate in "The Respondent's Action" without disclosure of the nature and cause of "The Respondent's Action" created a prejudice against the Petitioner in "The Respondent's Action," denying the Petitioner the Petitioner's remedies and defenses therein.

The presiding judicial officer in moving "The Respondent's Action" forward without requiring the Respondent to disclose to the Petitioner the nature and cause of "The Respondent's Action" by entering a plea of not guilty, presumable for the named Respondent to "The Respondent's Action," denied the Petitioner the specific information to initiate any of the pre plea remedies available to the Petitioner under the law, thus further violating the Petitioner's right to due process and equal protection of the law.

The duty and obligation imposed by the oath of office required of all officials including the Presiding Judicial Officer of the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA regarding "The respondent's Action," establishes a constructive trust with the Presiding Judicial Officer, the Respondent and the Respondent's principals, agents, successors and assigns as the trustees and Petitioner' liberties and rights as the beneficiary of that constructive trust.

Petition for Habeas Corpus--Page-19

Under title as a trustee to the constructive the Presiding Judicial
Officer, the Respondent's and appointed counsel for the named Respondent,
have a fiduciary duty to protect the rights of the beneficiary—Petitioner
with regard to "The Respondent's Action.

The COURT OF APPEALS FOR THE NINTH CIRCUIT in moving "The Respondent's
Action" forward without first requiring the Respondent to disclose the
nature and cause of "The Respondent' Action" by answering to the
Petitioner's Demand for a PETITION FOR REDRESS, Special Visitation and
Commercial Affidavit to determine the nature and cause of "The Respondent
Action," is a breach of that fiduciary duty.

Petitioner was deprived of the ability to obtain a remedy in "The
Respondent's Action" upon the Respondent's pleadings.

The Petitioner, without the Respondent providing the answers to questions
set forth on the nature and cause of any and all proceedings in "The
Respondent's Action" was deprived of the right of due process of law
and equal protection of the law.

The Respondent did not lawfully join the Petitioner to "The Petitioner
to "Respondent's Action," a violation of F.R.C.P. 12 (b) (7) and 19.

The COURT OF APPEALS FOR THE NINTH CIRCUIT in moving forward with "The
Respondent's Action" knowing that the nature and cause of "The
Respondent's Action" had yet to be disclosed to the Petitioner, was
a clear act of bad faith on the part of both the COURT OF APPEALS FOR
THE NINTH CIRCUIT, and the Respondent.

This act of bad faith results in compelling the Petitioner to participate
in "The Respondent Action," without disclosure of the nature and cause
of "The Respondent's Action," a violation of the Petitioner's inherent
right of Due Process with regard to full disclosure of the nature and
cause of any action against or purported to be against the Petitioner.


Petition for Habeas Corpus--Page-20

The Respondent through the Respondent's agent PAUL K. CHARLTON is acting under malice and wanton disregard for rights of the Petitioner in a known and willful violation of the Respondent's fiduciary duty. The Respondent is acting in concert with other parties to deny the Petitioner of the Petitioner's unalienable rights in violation of 1871, ch. 22, § 2, 17 Stat. 13; [codified in Title 42 U.S.C. 1985].

The Respondent and the Respondent's agent, PAUL K. CHARLTON has knowledge of said violations under 1871, ch. 22 § 6 17 Stat. 115; [codified in Title 42 U.S.C. 1986] and the Respondent and the Respondent's agent PAUL K. CHARLTON has failed to correct the Respondent's acts and actions as they relate to Petitioner herein.

The Right of Action is breach of fiduciary duty by the Respondent and the Respondent's agent PAUL K. CHARLTON, and the cause of the action is the Respondent and the Respondent's agent PAUL K. CHARLTON'S failure to provide due process of law and equal protection of the law by compelling "The Respondent's Action" upon the Petitioner without the Petitioner's correct consent and by the Respondent's failure to respond to the Petitioner's Demand for a PETITION FOR REDRESS to determine the nature and cause of "The Respondent's Action" or to discharge the Petitioner from "The Respondent's Action".

Any ruling by any court where jurisdiction is clearly wanting is void and without force or effect. It is the duty of the court to prevent or correct any act, or omission which would result in a violation of the Petitioner's inherent right of Due Process and Equal Protection of the Law.

## XIL.    CONCLUSION

### APPLICATION FOR A WRIT OF HABEAS CORPUS

In view of Respondent and Respondent's agent PAUL K. CHARLTON'S actual threatened enforcement of "The Respondent's Action" under a Cause No. Cr 90-03-01-PHX-EHC filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, to restrain the Petitioner, and Petitioner's contention that the Respondent has not disclosed to the Petitioner by nature and cause, the legality or by what authority the Respondent

places the Petitioner under the Restraint of the Respondent and that the enforcement of "The Respondent's Action and restraint of the Petitioner is null and void as the Petitioner is not a real party in interest in "The Respondent's Action," and that there is an actual controversy within the jurisdiction of this court. A Writ of Habeas Corpus will adjudicate the rights of the parties.

## RELIEF REQUESTED

**WHEREFORE, Petitioner prays that:**

A) The Clerk of Court, NANCY MAYER WHITTINGTON, immediately issue a writ of habeas corpus directed to Respondent, through Respondent's agent PAUL K. CHARLTON, commanding the Respondent to appear with the Petitioner to produce documentary proof to establish, jurisdiction and legality of Petitioner's restraint, that the Respondent disclose the Nature and Cause of "The Respondent's Action," meaning the parties in interest, venue of the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA, jurisdiction of the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT and the Respondent's controversy, the Respondent's right of action and the Respondent's cause of action meaning the injured party, as it pertains to the Petitioner, filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA under Cause No. CR 90-03-01-PHX-EHC by answering all questions attached to the writ of habeas corpus.

B) In the alternative, that the **UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA** issue an order for the release and discharge of the Petitioner from the restraint of "The Respondent", of "The Respondent's Action" filed in the UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA under Cause No. CR 90-03-01-PHX-EHC and/or custody.

I, Denard-Darnell, affirm under penalty of perjury under the laws of the United States for the united States of America and The State of Florida, that the following is true and correct to the best of my knowledge and understanding.

*Denard-Darnell, Petitioner    March 15, 2007*

Denard-Darnell, Petitioner
23843-008: P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

Petition for Habeas Corpus--Page-22

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Denard-Darnell                        )
23843-008                             )
P.O. BOX 1033; USP-1                  )    Docket No._____
Federal Correctional Complex          )
Coleman, Florida. 33521-1033          )    PRAECIPE TO THE CLERK OF COURT (WRIT
          Petitioner,                 )    OF INSTRUCTION TO THE CLERK OF COURT)
                                      )    REGARDING PETITIONER'S PETITION TO
     Vs.                              )    THE UNITED STATES DISTRICT COURT
                                      )    DISTRICT OF COLUMBIA, FOR THE
UNITED STATES ATTORNEY GENERAL        )    ISSUANCE OF A WRIT OF HABEAS CORPUS.
ALBERTO GONZALES                      )
DEPARTMENT OF JUSTICE                 )
950 PENNSYLVANIA AVENUE, N.W.         )
WASHINGTON, D.C. 20530                )
_____  )


Comes now, Denard-Darnell, in Special Visitation and Not an "Appearance"
upon the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
to Notice the Clerk that the Petitioner, has filed with the UNITED STATES
DISTRICT COURT DISTRICT OF COLUMBIA under Inc. Cause No CR 90-03-01-PHX-EHC
a Petition for a **Writ of Habeas Corpus**.


### 1.   PURPOSE OF A WRIT OF HABEAS CORPUS

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of
Instruction to the Clerk of the Court) to take special notice of Habeas
Corpus to wit:

"Every person restrained of his liberty under any pretense whatever
may prosecute a writ of habeas corpus to inquire into the restraint,
and shall be delivered therefrom when found illegal.


Praecipe--Page-1

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA by way of the ancient Writ of Praecipe (Writ of
Instruction to the Clerk of Court) to take special notice of the
following description of the term LIBERTY to wit:

The term **"Liberty"** means Freedom, exemption from extraneous control,
the power of the will to follow the dictates of its unrestricted choice,
and to direct the externals acts of the individual, without restrain,
coercion, or control from other parties. The term "Liberty" includes
and comprehends all personal rights and their enjoyment. The term
"Liberty" includes but is not limited to, freedom/right from duress,
freedom/right from government interference in exercise of intellect,
in information of opinions, in the expression of them, and in action
or inaction dictated by judgment, the freedom/right from servitude,
freedom/right from imprisonment or restraint without lawful
Constitutional due process of law, the freedom/right in the use of all
of one's powers, faculties and property, freedom of contract, the
freedom/right of travel, the freedom/right of religion, the freedom/
right of speech, the freedom/right of self defense against unlawful
violence, the freedom/right to acquire and enjoy property, the
freedom/right to acquire knowledge, the freedom/right to carry on
business, the freedom/right to earn a livelihood in any lawful calling,
the freedom/right to enjoy to the fullest extent the privileges and
immunities given or assured by the law to the people living within
the union of the united States of America, the freedom/right to demand
the nature and cause of any allegation made against an Inhabitant, etc.."

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of
Instruction to the Clerk of the Court) to take special notice of the
following to wit:

"For the purpose of this section, "collateral attack" means any form
of post conviction relief other than a direct appeal. "Collateral
Attack" includes, but is not limited to, a personal restraint petition,
a HABEAS CORPUS PETITION, and a motion to vacate judgment, a motion
to withdraw guilty plea, a motion for a new trial, and a motion to
arrest judgment."

Praecipe--Page-2

## 2.    ELEMENTS OF A HABEAS CORPUS PETITION

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notice of the following to wit:

"Application for the writ shall be made by petition, signed and verified either by the plaintiff or by some person in his behalf, shall specify:

1.) By whom the petitioner is restrained of his liberty, and the place where (UNITED STATES ATTORNEY GENERAL, ALBERTO GONZALES, DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE, N.W. WASHINGTON, D.C.20530),the parties are located if they are known, or describing them if they are unknown.

2.) The cause or pretense of the restraint according to the best of the knowledge and belief of the applicant.

3.) If the restraint is alleged to be illegal, in what the illegality consists."

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notice of the attached **Petition for a Writ of Habeas Corpus, Writ of Habeas Corpus and Notice of Hearing, and Respondent's propesed answers to Writ of Habeas Corpus.**

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, that the Application meets the requirements fo the Original Writ of Habeas Corpus.

## 3.    WHO SHALL GRANT AND ISSUE A WRIT OF HABEAS CORPUS

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notice to wit:

Praecipe--Page-3

"Writs of habeas corpus may be granted by the Supreme Court, the Court of Appeals, United States District Courts, or by any judge of such Courts, and upon application the writ **shall** be granted without delay."

"All writs and other process authorized by this chapter **shall** be issued by the clerk of the court, and sealed with the seal of such court, and **shall** be served and returned forthwith, unless the court or judge **SHALL** specify a particular time for such return, And no writ or other process **SHALL** be disregarded for any defect therein, if enough is shown to notify the officer or person of the purport of the process..."

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, that it is the duty of the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, to issue the Petitioner's writ of Habeas Corpus without delay.

### 4.   TO WHOM THE WRIT OF HABEAS CORPUS IS TO BE DELIVERED BY CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notice to wit:

"If the writ be directed to the Marshal, it shall be delivered by the clerk to him without delay."

"If the writ be directed to any other person, it shall be delivered to the Marshal and shall be by him served by delivering same to such person without delay."

### 5. ISSUANCE OF A WRIT OF HABEAS CORPUS ENTITLES THE PETITIONER TO RELEASE FROM RESTRAINT OF LIBERTY, ONLY IF THE RESTRAINT IS FOUND TO BE ILLEGAL

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notice to wit:

"The court or judge shall thereupon proceed in a summary way to hear and determine the causes, and if no legal cause be show for the restraint or for the continuation thereof, shall discharge the party."

## LIMITATION OF CIVIL LIABILITY

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of
Instruction to the Clerk of the Court) to take special notice to wit:

"No Marshal or other officer be liable to a civil action for obeying
any writ of habeas corpus or order of discharge made thereon."

### 7. DUTY AND OBLIGATION OF THE CLERK OF THE UNITED STATES
### DISTRICT COURT DISTRICT OF COLUMBIA

The Petitioner **Notices** the clerk of the UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of
Instruction to the Clerk of the Court) to take special notice of
Article 1 § 9 of the Constitution of the United States for the united
States of America to wit:

"The privilege of the Writ of Habeas Corpus shall not be suspended,
unless in cases of rebellion or invasion or the public safety requires
it."
The Petitioner in Special Visitation, and not by Appearance, Notices
the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA,
by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk
of the Court) of the Clerk's mandatory Duty, pursuant to public law
1871, ch 22, § 6 17 Stat. 15, [codified in 42 U.S.C. 1986], to wit:

"Every person who, having knowledge that any of the wrongs conspired
to be done, and mentioned in section 1985 of this title, are about to
be committed, and having the power to prevent or aid in preventing the
commission of the same, neglects or refuses so to do, if such wrongful
act be committed, shall be liable to the party injured, or his legal
representatives for all damages caused by such wrongful act, which
such person by reasonable diligence could have prevented; and such
damages may be recovered in an action on the case; and any number of
persons guilty of such wrongful neglect or refusal may be joined as
defendants in the action..."

The Petitioner NOTICES the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, by way of the ancient Writ of Praecipe (Writ of Instruction to the Clerk of the Court) to take special notices that the Petitioner's petition for a writ of habeas corpus makes the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA knowledgeable of the wrongs mentioned [in 42 U.S.C. § 1985] and unless it can be shown in writing by the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA that the conditions exist as prescribed by the Constitution of the United States for the united States of America and the Constitution for/of the Republic/State of Arizona, that is that due to a state of rebellion or invasion the writ of habeas corpus has been suspended, it is the duty and obligation of the clerk of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA to **ISSUE AND DELIVER** the **ATTACHED WRIT OF HABEAS CORPUS WITHOUT DELAY.**

FURTHER SAYETH I NAUGHT.

Executed and signed this __15th__ day of __March__ in the year 2007.

Respectfully Submitted

_Denard-Darnell, Visiting Party_
Denard-Darnell, Visiting Party

Presented by: **Denard-Darnell: Neal,** to the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, located in the District of Columbia, City of D.C.

Praecipe--Page-6

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Denard-Darnell )
23843-008 )
P.O. BOX 1033; USP-1 )                Docket No._____
Federal Correctional Complex )
Coleman, Florida. 33521-1033 )        ORDER FOR ISSUANCE OF WRIT OF
      Petitioner, )               HABEAS CORPUS
       )
      Vs. )
       )
UNITED STATES ATTORNEY GENERAL )
ALBERTO GONZALES )
DEPARTMENT OF JUSTICE )
950 PENNSYLVANIA AVENUE, N.W. )
WASHINGTON, D.C. 20530 )

On reading and filing the Petition of Denard-Darnell, signed and verified
by Petitioner, whereby it appears that Petitioner is illegally imprisoned
and restrained of liberty by UNITED STATES ATTORNEY GENERAL ALBERTO
GONZALES, and then committed and transferred to the Bureau of Prisons
facility known as UNITED STATES PENITENTIARY COLEMAN-1 in Coleman,
Florida, in Sumter County under the command of Warden TRACY JOHNS, and
stating wherein the alleged illegality consists, from which it appears
to the Court that a writ of habeas corpus should issue.

    It is ordered:
1. The Clerk shall file the Petition for writ of habeas corpus and
attached evidence in the above entitled cause and issue a writ of habeas
corpus as requested, out of and under the seal of the UNITED STATES
DISTRICT COURT DISTRICT OF COLUMBIA, City of D.C. returnable in said
court on_____, 2007 A.D., at _____a.m./p.m.;
and
2. Directed to such Marshal, commanding the Marshal to have the custody
of Petitioner before said court, in the courtroom, of the UNITED STATES
DISTRICT COURT DISTRICT OF COLUMBIA, City of D.C. on_____,
what shall then and there be considered concerning Petitioner, together
with the time, nature and cause of Petitioner's detention, and that
Petitioner have then and there the writ ; and

ORDER FOR ISSUANCE OF WRIT--PAGE-1

3. On the return of the writ, the judge of the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA, City of D.C. shall hear whatever evidence the parties adduce in connection with the confinement of the Petitioner.

_____          _____
Judicial Officer Signature                              Date


_____          _____
Judicial Officer Name                                   Date


*Denard-Darnell: Neal*                   *Denard-Darnell: Neal*
Denard-Darnell: Neal                                    Signature


ORDER FOR ISSUANCE OF WRIT-- PAGE-2