UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD DARNELL NEAL,**<br><br>　Petitioner,<br><br>　v.<br><br>**ALBERTO GONZALES, Attorney General,**<br><br>　Respondent. | Civil Action No.  06-0610 (JDB) |

## ORDER

_____In accordance with the Memorandum Opinion issued this 4th day of May, 2007, it is hereby

ORDERED that the petition for writ of habeas corpus will be DENIED.  It is hereby

FURTHER ORDERED that the case is DISMISSED.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge