USDC 06-0610
USCA 07-5145

ATTENTION...ATTENTION...ATTENTION...ATTENTION...ATTENTION...

Dear Clerk of court,

Please be advise that I, Denard-Darnell: Neal, has been transfer from UNITED STATES PENITENTIARY COLEMAN-1, I do not know were I am being trasfer to. I am requesting that the following cases pending in the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA (Denard-Darnell: Neal Vs. JOHN SNOW, CIVIL ACTION NO. 07-5145, COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA) (Denard-Darnell: Neal Vs. ALBERTO GONZALES, CIVIL ACTION NO. 06-0610 (JDB)); Denard-Darnell: Neal Vs. HARRELL WATTS, CIVIL ACTION NO. UNKNOWN) please advise the court that I Denard-Darnell: Neal has been transfer and request a stay in all proceeds in both the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA AND THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.

EXECUTED THIS __18th__ DAY OF __June__ 2007.

*Denard-Darnell: Neal*

Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1

RECEIVED
JUN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT