UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Denard-Darnell: Neal,         )
    Petitioner,              )
                            )   CIVIL ACTION NO. 06-0610 (JDB)
    Vs.                      )
ALBERTO GONZALES,             )
ATTORNEY GENERAL,             )
    Respondent.              )

## NOTICE OF APPEAL

I, Denard-Darnell: Neal, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected MAN upon the soil of Illinois Republic, Arizona Republic, and Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with proper signature and seal.

Notice is hereby given that Denard-Darnell: Neal, Petitioner in the above entitled matter, Appeal to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, from the final Judgment entered in this action on May 4, 2007.

### EXCUSE FOR LATE NOTICE OF APPEAL

Petitioner, Denard-Darnell: Neal, state that no copy of the order render on May 4, 2007 by the United States District Court For The District of Columbia was provided to Petitioner until June 11, 2007, thereby denying Petitioner the Right to file a timely Notice of Appeal.

On June 11, 2007 Petitioner received a copy of the order render by the court on May 4, 2007, the institution was placed on lock down on June 8, 2007, thereby Petitioner could not file a timely notice of appeal due to the institution lock down, see attach memorandum.

I, Denard-Darnell: Neal, affirm under penalty of perjury under the laws of the United States for the united States of America and the State of Florida, that the following is true and correct to the best of my knowledge and understanding.

Executed this  18th  day of  June  2007.


*Denard-Darnell: Neal, Petitioner*
Denard-Darnell: Neal, Petitioner
23843-008; WITHOUT PREJUDICE
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1



UNITED STATES GOVERNMENT
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Coleman, Florida 33521

June 13, 2007

## MEMORANDUM FOR INMATE POPULATION

FROM:   Michael W. Garrett, Complex Warden

SUBJECT:   Current Status of Lock Down

As many of you are aware, on Friday, June 8, 2007, a serious incident occurred on the compound in which inmates were assaulted. The gravity of this incident resulted in the decision to place the institution in lock down status. Mass interviews are being conducted throughout the entire institution to insure everyone's safety is maintained.

One of my primary responsibilities is to provide for the safety of both the staff and the inmates at this facility. Locking down the institution provides me an opportunity to identify issues which have led to this incident and to remove unapproved property and contraband, to include drugs, weapons, intoxicants, etc. Once all the issues are identified, and unapproved property and contraband have been removed, corrective action will be taken, and we will return to normal operations.

Beginning today, we will serve at least one hot meal each day, and we began allowing for showers and telephones in small groups yesterday, which will continue until further notice.

**Basic respect for staff must be maintained and anything less will not be tolerated**. If I determine that you are pounding on the doors, hollering at staff, refusing to obey orders, or otherwise showing disrespect for the staff, the process for opening the institution up will be delayed and incident reports will be written.

Based on the institutional security concerns, visitation has been temporarily suspended until further notice. Once visitation resumes, you will be informed, at which time you may contact your family and friends through the inmate phone system or by mail.

Your cooperation is expected and will allow us to complete this process with minimal delays.