UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENARD DARNELL NEAL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-610 (JDB) |
| ALBERTO GONZALES, Attorney General, | ) ) ) ) | |
| Respondent. | ) ) | |

MEMORANDUM ORDER

Petitioner, proceeding *pro se*, moves for leave to proceed *in forma pauperis* on his appeal. Unless an appeal is not taken in good faith, an application for *in forma pauperis* status from an indigent party should be granted. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.") "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Wooten v. District of Columbia Metro. Police Dep't, 129 F.3d 206, 208 (D.C. Cir. 1997) (internal quotation and citation omitted). "'Dismissal ... under the frivolous standard must therefore be reserved for those cases in which there is indisputably absent any factual and legal basis for the asserted wrong.'" Sills v. Bureau of Prisons, 761 F.2d 792, 794 (D.C. Cir. 1985) (quoting Brandon v. District of Columbia Bd. of Parole, 734 F.2d 56, 59 (D.C. Cir. 1984), cert. denied, 469 U.S. 1127 (1985)).

Petitioner, an inmate at the United States Penitentiary in Coleman, Florida, filed this *pro se* action challenging the constitutionality of the convictions and sentence he received in the

United States District Court for the District of Arizona.  His petition for a writ of habeas corpus was dismissed by the Court on the ground that it was a successive motion under 28 U.S.C. § 2255.

The Court finds that plaintiff is indigent and his appeal is not frivolous.  Accordingly, it is hereby

ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [6] is GRANTED.

SIGNED this 13th day of August, 2007.

                                        _____/s/_____
                                            JOHN D. BATES
                                United States District Judge