RECEIVED
OCT 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Action No. 07-0610 (JDB)


Denard-Darnell: Neal

    Petitioner,

  Vs.

Alberto Gonzales, Attorney General

    Respondent.

-----------------------------------------------

MOTION FOR APPEAL BOND PENDING THE

DISCHARGE OF Petitioner FROM CAUSE

NO. CR 90-03-01-PHX-EHC/RCB

---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected Man upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

Comes now, Petitioner, Denard-Darnell: Neal, sui juris would move this Honorable UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA to grant Petitioner's request to be release on Appeal Bond. Petitioner request this Honorable Court to release Petitioner on Appeal Bond given the fact

that Petitioner is being held in federal custody illegally and erroneous by the Respondent UNITED STATES ATTORNEY GENERAL. Petitioner is being deprived his freedom and Constitutional liberties.

Therefore, Petitioner asks that the Court see the following: UNITED STATES SUPREME COURT DIGEST DEFINING HABEAS CORPUS. The purpose of the proceeding defined by the federal statute authorizing the Writ of Habeas Corpus to be issued is to inquire into the legality of the detention, and the only judicial relief authorized is the discharge of the prisoner or his admission to Bail. See Parker Vs. Ellis, 362 U.S. 574, 80 S. Ct. 909.

## CONCLUSION

In conclusion of the facts presented to this Honorable UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA in the instant matter the Petitioner seeks the requested relief asked for in this motion before this Honorable Court.

Further, The Petitioner Sayth Not.

Dated: October 1, 2007

Respectfully Submitted

*Denard-Darnell: Neal, Without PreJudice*
Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008, UCC 1-308

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301


I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2007


/s/ _Denard-Darnell: Neal_              Denard-Darnell: Neal

# CERTIFICATE OF SERVICE

I, Denard-Darnell: Neal hereby certify that I have served a true and correct copy of the following:
Petitioner Appeal Brief/Petition For Writ Of Habeas Corpus
Appendix/Table of Contents/Exhibits
Motion For Appeal Bond/Court of Appeals

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant/ defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Clerk Of Court
United States Court Of Appeals
For The District Of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

and deposited same in the United States Mail at
United States Penitentiary Atwater, California. 95301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 1st day of October, 2007.

Denard-Darnell: Neal, 23843-008
United States Penitentiary Atwater
P.O. Box 019001
Atwater, California. 95301